LSK&D #: 023-8018 / 1030830
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DOLORES MALASITS,

                                Plaintiff,

-against-

CIRQUE DU SOLEIL VEGAS, INC., CIRQUE
DU SOLEIL, INC., CIRQUE DU SOLEIL
AMERICA, INC, ZUMANITY and CIRQUE DU
SOLEIL (US), INC.,

                                Defendants.
------------------------------------------------------------x

CV 08-5232 (RMB)
ECF Case

Judge

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for all defendants (private non-government parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None of the defendants are publicly held; all of them are privately owned.

Dated:  June 6, 2008

                                                _____
                                                Darrell Whiteley (DW 8082)