FRANCESCA A. SABBATINO (FS-3481)
Of Counsel
RUSSO, KEANE & TONER, LLP
Attorneys for Plaintiff
**DOLORES MALASITS**
26 Broadway-28th Floor
New York, New York 10004
(212)482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DOLORES MALASITS,

     Plaintiff,

 -against-

CIRQUE DU SOLEIL VEGAS, INC., CIRQUE DU
SOLEIL, INC., CIRQUE DU SOLEIL AMERICA, INC,
ZUMANITY and CIRQUE DU SOLEIL (US), INC.
         Defendants.

------------------------------------------------------------X

DOCKET NO.:
08 CV 5232 (RMB)(AJP)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

 DOLORES MALASITS,

I certify that I am admitted to practice in this Court.

Dated: New York, New York
   June 16, 2008

                    /s/ Francesca A. Sabbatino
                    Francesca A. Sabbatino (FS-3481)
                    Of Counsel
                    RUSSO, KEANE & TONER, LLP
                    Attorney for Plaintiff
                    DOLORES MALASITS
                    26 Broadway- 28th Floor
                    New York, New York 10004

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Notice of Appearance has been served upon the following listed person by placing a copy of same in the United States mail, postage prepared and properly addressed, this 16th day of June, 2008.

Bridget E. Cacace-Coyne
Lester Schwab Katz & Dwyer, LLP
Attorney for Defendants
CIRQUE DU SOLEIL VEGAS, INC., CIRQUE DU
SOLEIL, INC., CIRQUE DU SOLEIL AMERICA, INC,
CIRQUE DU SOLEIL ZUMANITY, LLC, sued herein as
ZUMANITY and
CIRQUE DU SOLEIL (US), INC.
120 Broadway
New York, New York 10271
(212)-267-5916

                                                    Francesca A. Sabbatino (FS-3481)

(212)482-0001

To:   Bridget E. Cacace-Coyne
      Lester Schwab Katz & Dwyer, LLP
      Attorney for Defendants
      CIRQUE DU SOLEIL VEGAS, INC., CIRQUE DU
      SOLEIL, INC., CIRQUE DU SOLEIL AMERICA, INC,
      CIRQUE DU SOLEIL ZUMANITY, LLC, sued herein as
      ZUMANITY and
      CIRQUE DU SOLEIL (US), INC.
      120 Broadway
      New York, New York 10271
      (212)-267-5916