# LESTER SCHWAB KATZ & DWYER, LLP
## 120 BROADWAY
### NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

**BRIDGET E. CACACE-COYNE**
Writer's Direct Dial: (212) 341-4269
E-Mail: bcoyne@lskdnylaw.com

NEW JERSEY OFFICE
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

July 7, 2008



**BY HAND**

Hon. Richard M. Berman
United States District Court
500 Pearl Street
New York, NY 10007

> **Re:** **Malasits, Dolores v. Cirque du Soleil Vegas, Inc., Cirque du Soleil, Inc., Cirque du Soleil America, Inc., Zumanity and Cirque du Soleil (US) Inc.**
>
> **Docket No.:** **08 CV 5232 (RMB)(AJP)**

## MEMO ENDORSED

Dear Judge Berman:

I am writing to request an adjournment of the initial pre-trial conference set for July 15, 2008 at 9:30 a.m. There have been no previous requests for an adjournment. My adversary, plaintiff's counsel, Francesca A. Sabbatino, Esq. has consented to the adjournment. I telephoned Christine Murray, Courtroom Deputy Clerk, regarding this calendar scheduling matter and she indicated to me that the Court is available to conduct this conference on July 30, 2008. This date is amenable the attorneys for the parties as well. We are therefore requesting that the initial pre-trial conference set for July 15, 2008 be adjourned to July 30, 2008.

Respectfully submitted,

LESTER SCHWAB KATZ & DWYER, LLP

Bridget E. Cacace-Coyne

BECC:wm
1043444

*Application granted. Conference adjourned to 7/30/08 at 9:00 a.m.*

SO ORDERED:
Date: 7/8/08

Richard M. Berman, U.S.D.J.

LESTER SCHWAB KATZ & DWYER, LLP

Hon. Richard M. Berman
July 7, 2008
Page 2

cc:

*Via Facsimile (212) 482-0002*
*And Regular Mail*

Francesca A. Sabbatino, Esq.
Russo, Keane & Toner, LLP
26 Broadway, 28th Floor
New York, New York 10004