023-8018/1035203v2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOLORES MALASITS,

                              Plaintiff,

     – against –

CIRQUE DU SOLEIL VEGAS, INC., CIRQUE DU SOLEIL, INC., CIRQUE DU SOLEIL AMERICA, INC., ZUMANITY and CIRQUE DU SOLEIL (US), INC.,

                              Defendants.
-----------------------------------------------------------------X

08 CIV 5232 (RMB)(AJP)

DEFENDANTS' SUPPLEMENTAL STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      Defendants supplement their prior statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure as follows:

      1.     No defendant is publicly held. All are privately owned.

      2.     Cirque du Soleil Vegas, Inc. is 100% owned by Cirque du Soleil Holding USA, Inc., which is 100% owned by Groupe Cirque du Soleil Inc.

      3.     Cirque du Soleil Inc. is 100% owned by Groupe Cirque du Soleil Inc.

      4.     Cirque du Soleil America, Inc. is 100% owned by Cirque du Soleil Holding USA, Inc.

      5.     Cirque du Soleil Zumanity, L.L.C. is 100% owned by Cirque du Soleil Nevada, Inc., which is 100% owned by Cirque du Soleil Holding USA, Inc.

      6.     Cirque du Soleil (US) Inc. is 100% owned by Cirque du Soleil Holding USA, Inc.

| | |
|---|---|
| Dated:  New York, New York<br>July 24, 2008 | LESTER SCHWAB KATZ & DWYER, LLP<br>120 Broadway<br>New York, New York  10271<br>212  964-6611<br>Attorneys for Defendants<br>CIRQUE DU SOLEIL VEGAS, INC., CIRQUE DU SOLEIL, INC., CIRQUE DU SOLEIL AMERICA, INC., ZUMANITY and CIRQUE DU SOLEIL (US), INC., |

s/_____
Bridget E. Cacace-Coyne

TO:

Francesca A. Sabbatino, Esq.,
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
Attorneys for Plaintiff
212 482-0001