UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/31/08

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DOLORES MALASITS,                          :

           Plaintiff,                    :

      -against-                        :

CIRQUE DU SOLEIL VEGAS, INC., et al.,      :

          Defendants.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 5232 (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

      IT IS HEREBY ORDERED that a conference is scheduled for August 13, 2008 at 9:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

      Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

      SO ORDERED.

Dated:    New York, New York
         July 31, 2008

                             Andrew J. Peck
                             United States Magistrate Judge

Copies **by fax & ECF** to:    Francesca A. Sabbatino, Esq.
                        Bridget E. Cacace-Coyne, Esq.