|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 8/13/08 |

------------------------------------- x

DOLORES MALASITS,           :

          Plaintiff,           :           08 Civ. 5232 (AJP)

      -against-           :           RULE 16 INITIAL PRETRIAL
                                                  CONFERENCE ORDER

CIRQUE DU SOLEIL VEGAS, INC., et al.,    :

          Defendants.           :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

      Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on August 13, 2008 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

      1.    Any motion to join parties or amend the pleadings must be made by August 29, 2008.  Note – the parties have stipulated to a jury trial.

      2.    All fact and expert discovery must be completed by December 12, 2008. Expert reports must be served by November 3, 2008.

      3.    Each party will notify this Court by December 15, 2008 as to whether it intends to move for summary judgment.  Summary judgment motions must be filed by January 5, 2009, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules.

C:\ORD\16RULES

2

4. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules, by January 5, 2009 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

5. A status conference will be held before the undersigned on October 3, 2008 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

6. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:   New York, New York
         August 13, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Francesca A. Sabbatino, Esq.
                              Bridget E. Cacace-Coyne, Esq.